AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JOSEPH A. HINKLE & JANE E. HINKLE,
husband & wife, et al.,

                          Plaintiffs,

                          v.

DAN LaROCHE, DOUGLAS COUNTY
SHERIFF, et al.,

                          Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-155-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is granted; All Defendants are awarded judgment on all claims asserted against them by all Plaintiffs.

October 10, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson